UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elias Klaich, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Thomason Law Center, A Professional Law Corporation dba Client Services Advo,<br><br>　　　　Defendant. | No. 2:14-cv-00007-GEB-AC<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

　　　　Plaintiff states in his Request to Continue Status (Pretrial Scheduling) Conference filed March 3, 2014 that "Defendant has yet to appear," and requests the status conference be continued "so as to allow Defendant to respond to Plaintiff's complaint or, in the alternative, for Plaintiff to request an entry of default against Defendant." (Pl.'s. Req. 2:1-6, 2:21-23, ECF No. 4.)

　　　　Plaintiff shall take the steps necessary to prosecute this action as a default matter. No later than March 31, 2014, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or show cause in a writing filed why this action should not be dismissed for failure of prosecution. This action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to

1

timely respond to this Order.

Further, the status conference scheduled for hearing on March 17, 2014, is continued to commence at 9:00 a.m. on August 18, 2014. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated: March 12, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2