UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elias Klaich, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Thomason Law Center, A Professional Law Corporation dba Client Services Advo,<br><br>　　　　　Defendant. | No. 2:14-cv-00007-GEB-AC<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

　　　　The status (pretrial scheduling) conference scheduled for hearing on August 18, 2014, is vacated since Plaintiffs' Status Report filed August 5, 2014, indicates the following Order should issue.

## MOTION FOR CLASS CERTIFICATION

　　　　Plaintiffs' proposed briefing schedule concerning whether this putative class action should be certified as a class action is adopted as follows: The motion for class certification shall be filed no later than February 2, 2015, which shall be noticed for hearing on the earliest available regularly scheduled law and motion hearing date.

## SCHEDULING FURTHER STATUS REPORT

　　　　A further Status (Pretrial Scheduling) Conference is scheduled to commence at 9:00 a.m. on May 18, 2015. A joint

status report shall be filed no later than fourteen (14) days prior to the status conference.

Dated: August 6, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge