UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elias Klaich, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>Thomason Law Center, A Professional Law Corporation dba Client Services Advo,<br><br>        Defendant. | No.  2:14-cv-00007-GEB-AC<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

        The Status (Pretrial Scheduling) Conference scheduled for hearing on May 18, 2015, is continued to August 3, 2015, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240.

        IT IS SO ORDERED.

Dated:  May 12, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1