UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS KLAICH, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>THOMASON LAW CENTER, A Professional Law Corporation d/b/a Client Services Advo,<br><br>      Defendant. | No. 2:14-CV-00007-GEB-AC<br><br>**ORDER DENYING DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL** |

        Kronick Moskovitz Tiedermann & Girard ("KMTG") moves under Local Rule 182[1] for "an order permitting KMTG to withdraw as counsel of record for [D]efendant Thomason Law Center ("Thomason")," a professional corporation. (Notice of Motion 1:23-24, ECF No. 23.)

        Local Rule 182(d) prescribes: "Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules." California Rule of Professional Conduct 3-700(A)(2) prescribes: "A[n] [attorney] shall not withdraw from employment until the [attorney] has taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client . . . ." Here, it is unclear whether KMTG has explained

---

[1] Counsel states it moves "pursuant to Local Rule 183" (Notice of Motion 1:23), however, that rule governs pro se plaintiffs. Local Rule 182 governs counsel's motion since it concerns attorney appearances and withdrawal.

1

to its client that if KMTG's withdrawal motion is granted, Defendant cannot litigate this case in federal court because a corporation must be represented by an attorney. See E.D. Cal. L.R. 183(a) ("A corporation or other entity may appear only by an attorney.").

Further, Local Rule 182(d) prescribes an attorney seeking to withdraw as counsel "shall provide an affidavit stating the current or last known address or addresses of the client." KMTG has not submitted a separate affidavit stating the current or last known address of Defendant.

For the stated reasons, KMTG's motion for withdrawal as counsel is denied.

Dated:   June 3, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2