UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS KLAICH, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>THOMASON LAW CENTER, A Professional Law Corporation d/b/a Client Services Advo,<br><br>        Defendant. | No. 2:14-CV-00007-GEB-AC<br><br>**ORDER GRANTING DEFENDANT'S COUNSEL'S RENEWED MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL** |

        Kronick Moskovitz Tiedermann & Girard ("KMTG") have filed a renewed motion under Local Rule 182 for "an order permitting KMTG to withdraw as counsel of record for [D]efendant Thomason Law Center," a professional law corporation. (Notice of Motion 1:24-25, ECF No. 27.) This renewed motion responds to the Court's June 3, 2015 order denying KMTG's motion for permission

1

to withdraw. Specifically, the earlier motion did not clearly state "whether KMTG [had] explained to its client that if KMTG's withdrawal motion [was] granted, Defendant [could not] litigate this case in federal court because a corporation must be represented by counsel," and was not accompanied by an "affidavit stating the current or last known address of Defendant," as required by Local Rule 182(d). (Order 1:26-2:10, ECF No. 26.)

In its renewed motion, KMTG provides Defendant's last known address in a declaration, and it avers that it last spoke with Defendant on March 27, 2015, at which time Defendant

> suggested and agreed to KMTG withdrawing as attorney of record in the instant case [and] acknowledged that [as a corporate Defendant it] could not appear without [attorney] representation, but . . . felt that did not matter anymore. [Defendant] indicated that because of his financial state and his mental and emotional well-being, he may not be reachable after the March 27th call.

(Decl. June D. Coleman Supp. Mot. for Permission to Withdraw ¶¶ 3-4, 7 ECF No. 27-1.) KMTG also avers it has "attempted to contact [Defendant] on several occasions by telephone and email since March 27[, 2015], but [has] not received any response." (Id.) KMTG has demonstrated its withdrawal motion should be granted. Accordingly, it is granted.

Therefore, Plaintiff's pending class certification motion filed on February 2, 2015 is deemed withdrawn without prejudice to being re-noticed before the United States Magistrate Judge to whom this case is referred under Local Rule 302(c)(21), and the hearing on the class certification motion currently scheduled for July 13, 2015 is vacated. See E.D. Cal. R. 302(c)(21) (prescribing that "all actions in which all the

plaintiffs or defendants are . . . in propria persona" are referred to assigned magistrate judge).

KMTG is no longer counsel of record for Defendant Thomason Law Center, therefore, future service on Defendant shall be sent to: 23272 Mill Creek Drive, Suite 350, Laguna Hills, CA 92653.

Dated: June 5, 2015

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```