# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS KLAICH; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THOMASON LAW CENTER, A PROFESSIONAL LAW CORPORATION DBA CLIENT SERVICES ADVO,<br><br><br>　　　　Defendant. | Case No.: 2:14-CV-00007-GEB-AC<br><br>[PROPOSED] ORDER OF DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(A) |

　　　Based upon the Plaintiff's Motion For Dismissal, this Court hereby orders the action be dismissed WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

**Dated:  July 9, 2015**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　Senior United States District Judge

PROOF OF SERVICE